AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina ▼

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
"Subject Facebook Account" Described in Attachment A to Affidavit of Special Agent Patricia C. Norden Dated April 28, 2021

Case No. 2:22-cr-00051

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A of the Affidavit

located in the     Northern     District of     California    , there is now concealed *(identify the person or describe the property to be seized)*:

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 231 18 U.S.C § 1752(a) 18 U.S.C § 2101 40 U.S.C § 5104 | Civil Disorder Unlawful Entry - Restricted Building or Grounds Riots Injuries to Property, Weapons & Violent Entry/Disorderly Conduct on Capitol |

The application is based on these facts:
See Affidavit of FBI Special Agent Patricia C. Norden

- ☑ Continued on the attached sheet.
- ☑ Delayed notice of  30  days *(give exact ending date if more than 30 days:            )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Patricia C. Norden, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone                          *(specify reliable electronic means)*

Date:   April 28, 2021

*Judge's signature*

City and state:   Charleston, SC        Mary Gordon Baker, U.S. Magistrate Judge
*Printed name and title*